UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ALLEN MCKISSIC, et al.,

    Plaintiffs,


vs.                               CASE NO. 8:07-CIV-1488-T-17-EAJ


COUNTRY COACH, INC. et al.,

    Defendants.
                                /


## ORDER ADOPTING REPORT AND RECOMMENDATION


      This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on November 16, 2007 (Docket No. 21). The magistrate judge recommended that the Court find as followings: 1) deny plaintiff's motion to remand (Docket No. 8) as moot; 2) grant plaintiffs' motion for enlargement of time to the extent that plaintiffs be allowed to respond to the motion to quash service of process and dismiss plaintiffs' void complaint (Docket No. 6); and 3) deny defendants' motion to quash service of process and dismiss plaintiffs' void complaint (Docket No. 3).

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely objections to the report and recommendation have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on November 16, 2007 (Docket No. 21) be **adopted and incorporated by reference herein**; that plaintiff's motion to remand (Docket No. 8) be **denied** as moot; that plaintiffs' motion for enlargement of time (Docket No. 6) be **granted** to the extent that plaintiffs' response to the motion to quash service of process and dismiss plaintiffs' void complaint was considered; and defendants' motion to quash service of process and dismiss plaintiffs' void complaint (Docket No. 3) be **denied**.  This leaves pending only the motions to dismiss (Docket Nos. 12 and 13) which were filed on October 8 and 9, 2007.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge